```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN
```

BANCO POPULAR DE PUERTO RICO,  )
                               )
        Plaintiff,          )
                               )
        v.                  )   Civil No. 2017-35
                               )
PATRICK CHARLES ENTERPRISES,   )
INC.; PATRICK CHARLES; RAYNALD )
CHARLES; VEEDA CHARLES;        )
FIRSTBANK PUERTO RICO; UNITED  )
STATES (INTERNAL REVENUE       )
SERVICE),                      )
                               )
        Defendants.         )
                               )

**APPEARANCES:**

**Lisa Michelle Komives**
Dudley Topper & Feuerzeig
St. Thomas, U.S.V.I.
    *For Banco Popular de Puerto Rico,*

**Clive Claudius Rivers**
Law Offices of Clive Rivers
St. Thomas, U.S.V.I.
    *For Patrick Charles Enterprises, Inc., Patrick Charles,*
    *Raynald Charles, and Veeda Charles,*

**Carol Ann Rich**
**Malorie Winne Diaz**
Dudley Rich Davis LLP
St. Thomas, U.S.V.I.
    *For Firstbank Puerto Rico,*

**Gretchen Shappert, United States Attorney**
**Sansara Adella Cannon, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
    *For the United States of America (Secretary of Housing and*
    *Urban Development.*

## JUDGMENT

**GÓMEZ, J.**

On March 22, 2018, the Court held a status conference in this matter. At that conference, the parties advised the Court that they had entered a settlement agreement resolving all claims. The premises considered, it is hereby

**ORDERED** that the parties' settlement agreement is **APPROVED**; it is further

**ORDERED** that the trial setting in this matter is **VACATED**; it is further

**ORDERED** that all pending motions in this case are **MOOT**; it is further

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

S\_____
**Curtis V. Gómez**
**District Judge**